EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2005 TSPR 115 |
| | 165 DPR _____ |
| Rigoberto Martínez Cruz | |

Número del Caso: TS-3041

Fecha: 19 agosto de 2005

 Abogado del Peticionario:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías

Materia: Solicitud de Darse de Baja Voluntariamente del
        Colegio de Abogados

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rigoberto Martínez Cruz

                    TS-3041

Sala Especial de Verano integrada por el Juez Presidente señor Hernández Denton y los Jueces Asociados señores Fuster Berlingeri y Rivera Pérez.

RESOLUCION

San Juan, Puerto Rico, a 19 de agosto de 2005.

Examinadas la "Moción en Contestación a Resolución" del Colegio de Abogados de Puerto Rico y la moción titulada "Moción Informativa y Sometiendo Caso Finalmente" del peticionario, Lcdo. Rigoberto Martínez Cruz, el Tribunal declara con lugar la solicitud del licenciado Martínez Cruz de darse de baja voluntariamente del Colegio de Abogados.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo